**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KORNACKER, ERIC M. | § Case No. 11-82245 |
| | § |
| MACHINERY IN MOTION, INC. | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  211 South Court Street
  Room 110
  Rockford, IL  61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 12/07/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____     By: ___/s/ STEPHEN G. BALSLEY_____
                                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: KORNACKER, ERIC M. § | Case No. 11-82245 |
| § | |
| MACHINERY IN MOTION, INC. § | |
| Debtor(s) § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,334.01 |
| *and approved disbursements of* | $ 18,477.23 |
| *leaving a balance on hand of* [1] | $ 11,856.78 |
| **Balance on hand:** | $ 11,856.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 4,495.20 | 0.00 | 0.00 | 0.00 |
| 7S | Myra Kornacker | 2,600.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,856.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,950.07 | 0.00 | 1,950.07 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,000.00 | 0.00 | 4,000.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,950.07 |
| Remaining balance: | $ 5,906.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,906.71

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,607.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Myra Kornacker | 0.00 | 0.00 | 0.00 |
| 8 | Stephanie Kornacker | 14,607.40 | 0.00 | 5,906.71 |

Total to be paid for priority claims: $ 5,906.71
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 396,811.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,577.20 | 0.00 | 0.00 |
| 2 | TDS Metrocom | 1,459.00 | 0.00 | 0.00 |
| 4 | University Anesthesiologists | 127.92 | 0.00 | 0.00 |
| 5 | Fifth Third Bank | 33,585.69 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 20,894.07 | 0.00 | 0.00 |
| 7U | Myra Kornacker | 215,186.00 | 0.00 | 0.00 |
| 9 | PYOD LLC its successors and assigns as assignee of | 2,594.96 | 0.00 | 0.00 |
| 10 | ELAN Financial Services as svc for Chartered Bank | 19,006.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Fifth Third Bank | 13,381.18 | 0.00 | 0.00 |
| 12 | Fifth Third Bank | 3,759.57 | 0.00 | 0.00 |
| 13 | Machinery Center LLC | 28,188.00 | 0.00 | 0.00 |
| 14 | Machinery Center LLC | 47,051.24 | 0.00 | 0.00 |
| 15 | Starker White | 10,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-82245-MB
Eric M. Kornacker                                                       Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman              Page 1 of 3                    Date Rcvd: Nov 16, 2011
                              Form ID: pdf006             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2011.
```
db         +Eric M. Kornacker,    7309 Bergstrom,    Rockford, IL 61103-8811
17289028   +AMM Industries,    4810 Farm Creek Lane,    Sylvania, OH 43560-9238
17289029   +AT&T,    PO Box 6416,    Carol Stream, IL 60197-6416
17289026   +American Chartered,    PO Box 790408,    St. Louis, MO 63179-0408
17289027   +American Express,    Box 0001,    Los Angeles, CA 90096-8000
17289030   +Bank Of America,    PO Box 45224,    Jacksonville, FL 32232-5224
17289032   +CITI Cards,    Processing Center,    Des Moines, IA 50363-0001
17289031   +Chase,    PO Box 15548,    Wilimington, DE 19886-5548
17582519    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17289035   +Disney Rewards Visa,    PO Box 15153,    Wilmington, DE 19886-5153
17771739    ELAN Financial Services as svc for Chartered Bank,    POB 5229,    Cincinnati, OH 45201-5229
17289037   +Federal Express,    PO Box 94515,    Palatine, IL 60094-4515
17558885   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
17289038   +Fifth-Third Bank,    PO Box 740789,    Cincinatti, OH 45274-0789
17289039   +Fifth-Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
17289040   +Ford Credit,    PO Box 790093,    St. Louis, MO 63179-0093
17516367   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
17289041   +Highland Home Services,    PO Box 17042,    Rockford, IL 61110-7042
17289023   +Kornacker Eric M,    7309 Bergstrom,    Rockford, IL 61103-8811
17289042   +Locator Services,    315 South Patrick Street,    Alexandreia, VA 22314-3532
17289043   +MAD Machinery,    723 Phillips Avenue D2,    Toledo, OH 43612-1362
17289044   +MRS,    4999 Torque Road,    Loves Park, IL 61111-7168
17841513   +Machinery Center, LLC,    c/o Attorney Kim M. Casey,    800 N. Church Street,    P.O. Box 589,
             Rockford, IL 61105-0589
17289045   +Myra Kornacker,    100 E. Walton #14C,    Chicago, IL 60611-4909
17289047   +Orkin,    PO Box 8619,    Rockford, IL 61126-8619
17289048   +Rite Industrial,    N6437 Center Road,    Monticello, WI 53570-9799
17841618   +Starker White,    c/o Attorney Kim M. Casey,    800 N. Church Street,    P.O. Box 589,
             Rockford, IL 61105-0589
17580377   +Stephanie Kornacker,    % Paul R Cicero/Andrew T Smith,    Cicero,France,Barch & Alexander PC,
             6323 E Riverside Blvd,    Rockford, Il 61114-4414
17572501   +Stephanie Kornacker,    c/o Paul R. Cicero & Andrew T. Smith,    6323 E. Riverside Blvd.,
             Rockford, IL 61114-4414
17289049   +Strong Machinery,    501 18th Avenue,    Rockford, IL 61104-5130
17289050    Surplus Record,    20 W. Wacker Drive,    Chicago, IL 60606
17289051   +Suzanna Stiehm,    3131 N.E. 21st Avenue,    Lighthouse Point, FL 33064-7640
17289053   +Thomas Dudgeon, PhD,    6066 Strathmoor Drive,    Rockford, IL 61107-6633
17289036  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan,    PO Box 108,    St. Louis, MO  63166)
17289054   +University Anesthesiologists,    Lock Box 128,    Glenview, IL 60025-0128
17289055   +Used Equipment Directory,    400 Morris Avenue, #268,    DenVille, NJ 07834-1365
17289056   +Waste Management,    PO Box 9001797,    Louisville, KY 40290-1797
17289057   +Wells Fargo,    PO Box 54349,    Los Angeles, CA 90054-0349
17289024   +Yalden Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17289025   +E-mail/Text: bkr@cardworks.com Nov 17 2011 02:15:46      Advanta,    PO Box 5657,
             Hicksville, NY 11802-5657
17289034    E-mail/Text: legalcollections@comed.com Nov 17 2011 02:15:09       ComEd,    PO Box 6111,
             Carol Stream, IL  60197-6111
17289033   +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Nov 17 2011 02:17:17       Comcast,
             Bankruptcy Department,    4450 Kishwaukee Street,    Rockford, IL 61109-2944
17443517   +E-mail/Text: legalcollections@comed.com Nov 17 2011 02:15:09       Commonwealth Edison Company,
             3 Lincoln Center,    Oakbrook Terrace, IL 60181-4204
17289046    E-mail/Text: bankrup@nicor.com Nov 17 2011 02:13:59      NiCor Gas,    PO Box 0632,
             Aurora, IL  60507-0632
17707147   +E-mail/Text: resurgentbknotifications@resurgent.com Nov 17 2011 02:13:39
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17289052   +E-mail/Text: bankruptcynotices@tdstelecom.com Nov 17 2011 02:15:48       TDS Metrocom,
             525 Junction Road, #6000,    Madison, WI 53717-2153
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17799214*  +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
17841514*  +Machinery Center LLC,    c/o Attorney Kim M. Casey,    800 N. Church Street,    P.O. Box 589,
             Rockford, IL 61105-0589
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cbachman            Page 2 of 3              Date Rcvd: Nov 16, 2011
                              Form ID: pdf006           Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2011**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cbachman           Page 3 of 3              Date Rcvd: Nov 16, 2011
                              Form ID: pdf006          Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2011 at the address(es) listed below:

```
              Andrew T. Smith    on behalf of Attorney Andrew Smith ats@cicerofrance.com
              Joseph D Olsen    on behalf of Debtor Eric Kornacker jolsenlaw@aol.com
              Kim M. Casey    on behalf of Creditor  D & H Machinery, Inc. kcasey@holmstromlaw.com,
               lhedlund@holmstromlaw.com
              Lydia Y Siu    on behalf of Creditor  Fifth Third Mortgage Company lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                           TOTAL: 7
```