# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KORNACKER, ERIC M.  § Case No. 11-82245
              §
  MACHINERY IN MOTION, INC.  §
Debtor(s)         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $258,550.00 *(without deducting any secured claims)* | Assets Exempt: $20,300.00 |
| Total Distribution to Claimants: $5,906.71 | Claims Discharged Without Payment: $706,375.43 |
| Total Expenses of Administration: $6,093.97 | |

3) Total gross receipts of $ 30,334.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,333.33 (see **Exhibit 2**), yielded net receipts of $12,000.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $245,000.00 | $7,095.20 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,365.97 | 6,093.97 | 6,093.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 17,207.40 | 14,607.40 | 5,906.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 574,207.00 | 394,211.43 | 396,811.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $819,207.00 | $427,880.00 | $417,512.80 | $12,000.68 |

4) This case was originally filed under Chapter 7 on May 18, 2011. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2012          By: /s/STEPHEN G. BALSLEY
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable: Monies potentially owed by | 1221-000 | 30,333.33 |
| Interest Income | 1270-000 | 0.68 |
| **TOTAL GROSS RECEIPTS** | | **$30,334.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Stephanie Kornacker | Proceeds from sale of equipment (18" Reusch Slitting Line) pursuant to Order to Compromise Controversy entered 9/14/11 | 8500-002 | 18,333.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$18,333.33** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 4110-000 | N/A | 4,495.20 | 0.00 | 0.00 |
| 7S | Myra Kornacker | 4110-000 | N/A | 2,600.00 | 0.00 | 0.00 |
| NOTFILED | Fifth-Third Bank | 4110-000 | 245,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$245,000.00** | **$7,095.20** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-82245 Doc 52 Filed 03/19/12 Entered 03/19/12 14:15:21 Desc Main
Document Page 4 of 9

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,950.07 | 1,950.07 | 1,950.07 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 7,272.00 | 4,000.00 | 4,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 21.35 | 21.35 | 21.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.65 | 42.65 | 42.65 |
| The Bank of New York Mellon | 2600-000 | N/A | -1.26 | -1.26 | -1.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.54 | 37.54 | 37.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.62 | 43.62 | 43.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,365.97 | 6,093.97 | 6,093.97 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Myra Kornacker | 5800-000 | N/A | 2,600.00 | 0.00 | 0.00 |
| 8 | Stephanie Kornacker | 5100-000 | N/A | 14,607.40 | 14,607.40 | 5,906.71 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 17,207.40 | 14,607.40 | 5,906.71 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 1,024.00 | 1,577.20 | 1,577.20 | 0.00 |
| 2 | TDS Metrocom | 7100-000 | 1,031.00 | 1,459.00 | 1,459.00 | 0.00 |
| 4 | University Anesthesiologists | 7100-000 | 128.00 | 127.92 | 127.92 | 0.00 |
| 5 | Fifth Third Bank | 7100-000 | N/A | 33,585.69 | 33,585.69 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 1,125.00 | 20,894.07 | 20,894.07 | 0.00 |
| 7U | Myra Kornacker | 7100-000 | 228,350.00 | 212,586.00 | 215,186.00 | 0.00 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 2,000.00 | 2,594.96 | 2,594.96 | 0.00 |
| 10 | ELAN Financial Services as svc for Chartered Bank | 7100-000 | 15,940.00 | 19,006.60 | 19,006.60 | 0.00 |
| 11 | Fifth Third Bank | 7100-000 | 11,744.00 | 13,381.18 | 13,381.18 | 0.00 |
| 12 | Fifth Third Bank | 7100-000 | 3,301.00 | 3,759.57 | 3,759.57 | 0.00 |
| 13 | Machinery Center LLC | 7100-000 | N/A | 28,188.00 | 28,188.00 | 0.00 |
| 14 | Machinery Center LLC | 7100-000 | N/A | 47,051.24 | 47,051.24 | 0.00 |
| 15 | Starker White | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| NOTFILED | Disney Rewards Visa | 7100-000 | 18,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Locator Services | 7100-000 | 1,840.00 | N/A | N/A | 0.00 |
| NOTFILED | MAD Machinery | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | Highland Home Services | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | MAD Machinery | 7100-000 | 88,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth-Third Bank | 7100-000 | 31,085.00 | N/A | N/A | 0.00 |
| NOTFILED | Orkin | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Used Equipment Directory | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 22,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Dudgeon, PhD | 7100-000 | 1,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Strong Machinery | 7100-000 | 7,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Surplus Record | 7100-000 | 2,940.00 | N/A | N/A | 0.00 |
| NOTFILED | NiCor Gas | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | Rite Industrial | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Bankruptcy Department | 7100-000 | 1,275.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MRS | 7100-000 | 2,560.00 | N/A | N/A | 0.00 |
| NOTFILED | American Chartered | 7100-000 | 15,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AMM Industries | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 18,750.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | 3,060.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 574,207.00 | 394,211.43 | 396,811.43 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82245  
**Case Name:** KORNACKER, ERIC M.  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/18/11 (f)  
**§341(a) Meeting Date:** 06/27/11  

**Period Ending:** 03/08/12  
**Claims Bar Date:** 09/26/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence - 7309 Bergstrom, Rockford | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | checing - Fifth-Third Bank certificates of depos | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HHGS/furnishings audio, video, and computer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures, art - normal complement stamp, | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | watch | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term life insurance - AXA Equitable insurance co | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Machinery in Motion, Inc. (100%) - defunct and u | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | lease 2011 Tarus | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Desk, laptop, PC, copier, printer, file cabinets | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 12 | Acct Receivable-Industrial Machinery (33% owner)  (u)    Duplicate of Asset #13. | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Accounts Receivable: Monies potentially owed by  (u)    Settled pursuant to Order to Compromise Controversy entered September 14, 2011. | 53,250.00 | 53,250.00 | DA | 30,333.33 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.68 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$258,550.00** | **$53,250.00** |  | **$30,334.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    November 9, 2011    **Current Projected Date Of Final Report (TFR):**    November 9, 2011  (Actual)

Printed: 03/08/2012 01:46 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-82245 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KORNACKER, ERIC M. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******91-65 - Money Market Account |
| Taxpayer ID #: | **-***9545 | | Blanket Bond: | $373,000.00 (per case limit) |
| Period Ending: | 03/08/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/11 | {13} | HK Holdings, Inc. | Debtor's (33% owner) share of proceeds of sale of industrial machinery | 1221-000 | 18,333.33 | | 18,333.33 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,333.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.35 | 18,312.13 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,312.28 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.65 | 18,269.63 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.26 | 18,270.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,271.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.54 | 18,233.50 |
| 10/19/11 | {13} | HK Holdings, Inc. | Bankruptcy Estate Proceeds from Sale of Machinery | 1221-000 | 12,000.00 | | 30,233.50 |
| 10/24/11 | 1001 | Stephanie Kornacker | Proceeds from sale of equipment (18" Reusch Slitting Line) pursuant to Order to Compromise Controversy entered 9/14/11 | 8500-002 | | 18,333.33 | 11,900.17 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 11,900.35 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.62 | 11,856.73 |
| 11/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 11,856.78 |
| 11/09/11 | | To Account #9200******9166 | Transfer funds from MMA to Checking Account | 9999-000 | | 11,856.78 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,334.01 | 30,334.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,856.78 | |
| | | | Subtotal | | 30,334.01 | 18,477.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,334.01 | $18,477.23 | |

{} Asset reference(s)  
Printed: 03/08/2012 01:46 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-82245  
**Case Name:** KORNACKER, ERIC M.  

**Taxpayer ID #:** **-***9545  
**Period Ending:** 03/08/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/11 | | From Account #9200******9165 | Transfer funds from MMA to Checking Account | 9999-000 | 11,856.78 | | 11,856.78 |
| 12/07/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $4,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,000.00 | 7,856.78 |
| 12/07/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,950.07, Trustee Compensation; Reference: | 2100-000 | | 1,950.07 | 5,906.71 |
| 12/07/11 | 103 | Stephanie Kornacker | Dividend paid 40.43% on $14,607.40; Claim# 8; Filed: $14,607.40; Reference: | 5100-000 | | 5,906.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,856.78 | 11,856.78 | $0.00 |
| | | | Less: Bank Transfers | | 11,856.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,856.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,856.78** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******91-65** | 30,334.01 | 18,477.23 | 0.00 |
| **Checking # 9200-******91-66** | 0.00 | 11,856.78 | 0.00 |
| | $30,334.01 | $30,334.01 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2012 01:46 PM    V.12.57